**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Franklin Lajoy FELTON, Defendant— Appellant.**

No. 08–7863.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2009.

Decided: April 10, 2009.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Lajoy Felton appeals the district court's minute entry denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). We affirm.

We review an order granting or denying a § 3582(c)(2) motion for abuse of discretion. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (stating that § 3582(c)(2) is "subject to the discretion of the district court"). Based on relevant conduct and his criminal history category, Felton's initial Sentencing Guidelines range of imprisonment was 324 to 405 months. However, Felton's Guidelines sentence was adjusted to reflect the statutory minimum sentence of life imprisonment. Because his sentence was not

based on a sentencing range lowered by Amendment 706, he was not eligible for a sentence reduction. *United States v. Hood*, 556 F.3d 226, 233–36 (4th Cir.2009).

Accordingly, we affirm the district court's minute entry. We deny as moot Felton's motion for an extension of time in which to note an appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*